# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ALLISON STRAKER,

        Petitioner

     v.

WELLS FARGO BANK, NA AS TRUSTEE
FOR ABFC 2006-OPT1 TRUST, ABFC
ASSET-BACKED CERTIFICATES
SERIES 2006 OPT1; AND PHELAN
HALLINAN & SCHMIEG, LLP; AND
FRANCIS HALLINAN; AND DANIEL
SCHMIEG,

        Respondents

: No. 125 MM 2014

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of September, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **DENIED**.